IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| FAISAL ABDO,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　Defendant. | NO. C 03-1093 TEH<br><br>**SUPPLEMENTAL ORDER RE DEFENDANT'S MOTION TO COMPEL DISCOVERY** |

　　　　Concerning Document 1, "December 30, 2002 Attorney Baskin's Typed Memorandum re: accident, injury and Mr. Abdo's personal loan matter", this Court orders the production of said document; sentences 1-4 and 9 of paragraph one, and sentences 1-5 of paragraph three may be redacted.

**IT IS SO ORDERED.**

**DATED　　8/3/2005**　　　　　　　_____/s/_____

　　　　　　　　　　　　　　　　　　**THELTON E. HENDERSON, JUDGE**

　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT**